UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN SERVICE MARKETING CORP. | * * | |
| PLAINTIFF | * * | CIVIL ACTION NO.: 09-3097 |
| VERSUS | * * | SECTION " N" |
| PAUL E. BUSHNELL DEFENDANT | * * * | MAGISTRATE 2 |

## TEMPORARY RESTRAINING ORDER

Considering the "Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, Declaratory Judgment, Breach of Contract, and for Damages," filed herein on March 19, 2009, the Court enters the Temporary Restraining Order requested by Plaintiff, without prior notice to Defendant, for the reasons stated herein.

Plaintiff, American Service Marketing Corp. (hereinafter, "ASM"), through its Complaint, has illustrated that: (1) ASM has a substantial likelihood of success on the merits; (2) there is a substantial threat that ASM will suffer irreparable injury if a temporary restraining order is denied; (3) the threatened injury outweighs any damage that a temporary restraining order might cause

Defendant, Paul E. Bushnell, and (4) granting a temporary restraining order will not disserve the public interest. Defendant's alleged interference, hijacking, and redirecting of ASM's Domain Names and Websites present a substantial threat of irreparable harm to ASM, and any further delay could jeopardize the very existence of ASM.

This Temporary Restraining Order is issued without notice because ASM, through its attorneys of record, attempted to contact Defendant, Paul E. Bushnell, by telephone, to inform him of the Complaint and request for Temporary Restraining Order, all to no avail. In addition, a copy of the Complaint, which requested the Temporary Restraining Order, was emailed to Defendant on March 19, 2009. Defendant did not respond to Plaintiff. Further, ASM's attorney, Jeffrey K. Prattini submitted an affidavit with the Complaint certifying all efforts made to give notice and why notice should not be required.

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that Defendant, Paul E. Bushnell, is temporarily restrained and:

(A) Paul E. Bushnell is ordered to refrain from either directly or indirectly interfering with ASM's operation of its Websites under the Domain Names "repairs.com," "repairs.net," "1800repairs.com," "1-800-repairs.com" "800repairs.com," and "888repairs.com;"

(B) Paul E. Bushnell is ordered to cease and desist any and all attempts to sell, transfer, or dispose of the ASM Domain Names "repairs.com," "repairs.net," "1800repairs.com," "1-800-repairs.com," "800repairs.com," and "888repairs.com;"

(C) Paul E. Bushnell is ordered to update and/or change the registrant information with DirectNic.com for the ASM Domain Names "repairs.com," ""repairs.com," "repairs.net," "1800repairs.com," "1-800-repairs.com," "800repairs.com," and "888repairs.com," so that American Service Marketing Corp. is listed as the Registrant for each Domain Name;

(D) Paul E. Bushnell is ordered to direct each Domain Name to their respective Websites, so that all ASM Websites operate as they did on February 21, 2009;

2

(E) Paul E. Bushnell is ordered to refrain from contacting any person, Producer, potential customer of the Websites, or any company of any kind providing internet services, website development, database services, or any other services or product of any kind to, or receiving from ASM, its subsidiaries, Websites, Domain Names, or Marks, except as directed by this Court;

(F) Paul E. Bushnell is ordered to preserve and immediately return to ASM all property and proprietary information, including but not limited to, database-related materials and Provider contact information;

(G) Paul E. Bushnell is ordered to immediately refrain from monitoring or accessing any and all e-mail communication or written correspondence concerning ASM, any of its subsidiaries, clients, or employees, that he receives, and that Paul E. Bushnell immediately forward any correspondence to Kerry Lauricella and ASM; and

(H) Paul E. Bushnell is ordered to immediately disclose and convey to Kerry Lauricella all password and user names associated with ASM or any service or product concerning ASM and its subsidiaries, clients, proposed clients, or employees, including, but not limited to, passwords to its website hosting corporation, its Domain Name registrant company, and its internet bandwidth provider.

**IT IS FURTHER ORDERED** that Plaintiff, American Service Marketing Corp., post a judicial bond in the amount of $10,000.00.

Unless otherwise ordered, this Temporary Restraining Order shall be in effect from the time that Plaintiff's bond is posted until Thursday, March 26, 2009, at 10:00 a.m., when ASM's request for preliminary injunction shall be heard. **IT IS FURTHER ORDERED** that Plaintiff shall file a memorandum in support of its request for a preliminary injunction on or before Wednesday, March 25, 2009, at 12:00 p.m.

Signed in New Orleans, Louisiana, this 20th day of March 2009, at 2:25 p.m.

UNITED STATES DISTRICT JUDGE