UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| AMERICAN SERVICE MARKETING CORP. | * | |
|---|---|---|
| PLAINTIFF | * | CIVIL ACTION NO.: 09-3097 |
| VERSUS | * | SECTION " N" |
| PAUL E. BUSHNELL | * | |
| DEFENDANT | * | MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

---

**PRELIMINARY INJUNCTION**

---

Considering the facts and evidence put fort by the parties during the preliminary injunction hearing held on March 26, 2009, the Court enters a preliminary injunction, for the reasons stated herein and also on the record at the hearing.

Plaintiff, American Service Marketing Corp. (hereinafter, "ASM"), during the preliminary injunction hearing has illustrated and established that: (1) ASM has a substantial likelihood of

1

success on the merits; (2) there is a substantial threat that ASM will suffer irreparable injury if the request for preliminary injunction is denied; (3) the threatened injury outweighs any damage that the preliminary injunction might cause Defendant, Paul E. Bushnell, and (4) granting the preliminary injunction will not disserve the public interest.

Accordingly, based on the foregoing, **IT IS ORDERED** that Plaintiff's, ASM, motion for preliminary injunction is **GRANTED** and Defendant, Paul E. Bushnell, is ordered to comply with the requirements set forth below:

(A) Paul E. Bushnell is ordered to refrain from either directly or indirectly interfering with ASM's operation of its Websites under the Domain Names "repairs.com," "repairs.net," "1800repairs.com," "1-800-repairs.com" "800repairs.com," and "888repairs.com;"

(B) Paul E. Bushnell is ordered to cease and desist any and all attempts to sell, transfer, or dispose of the Domain Names "repairs.com," "repairs.net," "1800repairs.com," "1-800-repairs.com," "800repairs.com," and "888repairs.com";

(C) Paul E. Bushnell is ordered to update and/or change the registrant information with DirectNic.com for the Domain Names "repairs.com," ""repairs.com," "repairs.net," "1800repairs.com," "1-800-repairs.com," "800repairs.com," and "888repairs.com," so that American Service Marketing Corp. is listed as the Registrant for each Domain Name;

(D) Paul E. Bushnell is ordered to direct each Domain Name to their respective Websites, so that all ASM Websites operate as they did on February 21, 2009;

(E) Paul E. Bushnell is ordered to refrain from contacting any person, Producer, potential customer of the Websites, or any company of any kind providing internet services, website development, database services, or any other services or product of any kind to, or receiving from ASM, its subsidiaries, Websites, Domain Names, or Marks, except as directed by this Court;

(F) Paul E. Bushnell is ordered to preserve and immediately return to ASM all property and proprietary information, including but not limited to, database-related materials and Provider contact information;

(G) Paul E. Bushnell is ordered to immediately refrain from monitoring or accessing any and all e-mail communication or written correspondence concerning ASM, any of

its subsidiaries, clients, or employees, that he receives, and that Paul E. Bushnell immediately forward any correspondence to Kerry Lauricella and ASM; and

(H) Paul E. Bushnell is ordered to immediately disclose and convey to Kerry Lauricella all password and user names associated with ASM or any service or product concerning ASM and its subsidiaries, clients, proposed clients, or employees, including, but not limited to, passwords to its website hosting corporation, its Domain Name registrant company, and its internet bandwidth provider.

**IT IS FURTHER ORDERED** that the judicial bond in the amount of $10,000.00 previously posted by Plaintiff for the temporary restraining order will serve as the judicial bond for the preliminary injunction.

This Preliminary Injunction Order shall be in effect until this matter is resolved.

New Orleans, Louisiana, this 26th day of March, 2009, at 2:30 p.m.

_____
JUDGE